UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CLINTON WILLIAMS § | |
| § | CIVIL ACTION NO. 4:25-cv-00192-SDJ |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| STELLAPEX INVESTMENT LLC § | |
| § | |
| Defendant § | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal WITH PREJUDICE in accordance with FRCP Rule 41(a)(1)(A)(i).

The issues between the parties and the case in controversy have been resolved.

DATED: July 28, 2025     Respectfully submitted,

BY:     */S/   R. Bruce Tharpe*
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Federal Bar ID 13098

**LAW OFFICE OF
R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)
PLAINTIFF'S COUNSEL

CERTIFICATE OF SERVICE

I, R. BRUCE THARPE, do hereby certify that on July 28, 2025, this notice was served on all parties of record via the U.S. District Court for the Eastern District of Texas electronic case filing system. A copy of this notice was also mailed / emailed to Defendant, who has not yet made an appearance in this case.

*/s/ R. Bruce Tharpe*
PLAINTIFF'S COUNSEL

1